UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-21362-BLOOM/Elfenbein

NERY VILLAR,

    Plaintiff,

v.

SCOTTSDALE INSRUANCE COMPANY,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Plaintiff Nery Villar's Motion for Attorney's Fees and Costs (the "Motion") pursuant to Federal Rule of Civil Procedure 54(d)(2)(C), § 627.428(1), Florida Statutes, § 57.041, Florida Statutes, and Florida Rule of Civil Procedure 1.525 and in accordance with Local Rule 7.3(a), ECF No. [34]. The Plaintiff's Motion was previously referred to the Honorable Marty Fulgueira Elfenbein for a Report and Recommendation ("R&R"). ECF No. [43]. On August 2, 2024, Judge Elfenbein issued a R&R recommending that Plaintiff's Motion be denied. ECF No. [44]. The R&R advised the parties that objections to the R&R shall be filed with the District Judge within fourteen days of receipt of a copy of the report. *Id.* at 13. To date, neither party has filed objections, even though the Court provided additional time for the Plaintiff to do so. *See* ECF No. [47]. The Court has, nonetheless, conducted a *de novo* review of the R&R and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Case No. 22-cv-21362-BLOOM/Elfenbein

Upon review, the Court finds Judge Elfenbein's R&R to be well reasoned and correct. The Court agrees with the analysis in the R&R and concludes that Plaintiff's Motion must be denied for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. The R&R, **ECF No. [44]**, is **ADOPTED**;

2. Plaintiff's Motion for Attorney's Fees and Costs **ECF No. [34]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 21, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record